IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| TERRY WELCH and JAMES VORDERSTRASSE,<br><br>   Plaintiffs,<br><br>  vs.<br><br>AGCO CORPORATION.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 8:06CV533<br><br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|---|

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Terry Welch and James Vorderstrasse and Defendant AGCO Corporation hereby stipulate that all claims against the other party in the above-styled action shall be dismissed with prejudice.

  Each party shall bear its own attorney's fees and costs.


READ AND APPROVED:
Dated: March 19, 2007             Dated: March 19, 2007

By: s/Brian T. McKernan          By: s/Scott R. Brown
 Terrance D. O'Hare, NE #13125       Scott R. Brown, MO #51733
 Brian T. McKernan, NE #22174        Stephen D. Timmons
 McGRATH, NORTH, MULLIN        Jennifer C. Bailey
  & KRATZ, PC LLO            HOVEY WILLIAMS LLP
 Suite 3700 First National Tower        2405 Grand, Suite 400
 1601 Dodge Street             Kansas City, Missouri 64108
 Omaha, Nebraska 68102          Telephone: (816) 474-9050
 Telephone: (402) 341-3070         Email: srb@hoveywilliams.com
 Email: tohare@mcgrathnorth.com         sdt@hoveywilliams.com
    bmckernan@mcgrathnorth.com       jcb@hoveywilliams.com

 Attorneys for Plaintiffs and          Attorneys for Defendant and
 Counterclaim Defendants           Counterclaim Plaintiff


SO ORDERED this 20th day of March 2007

                 s/ Joseph F. Bataillon
                 UNITED STATES DISTRICT JUDGE